THE CITY OF NEWARK, A MUNICIPAL CORPORATION, PROSECUTOR-APPELLANT, v. J. H. THAYER MARTIN, STATE TAX COMMISSIONER, ET AL., DEFENDANTS-RESPONDENTS.

Argued February 4, 1941—Decided April 3, 1941.

For the appellant, *James F. X. O'Brien* (*Joseph A. Ward*, of counsel).

For the respondent Cities of Elizabeth, New Brunswick, Trenton, Hackensack, Burlington, the Towns of Montclair, Morristown, Westfield, the Borough of Somerville and other municipalities, *Herbert J. Hannoch*.

For the respondent City of Paterson, *John F. Evans*.

For the respondent City of Plainfield, *William Newcorn*.

For the respondent Borough of Sayreville, *Joseph T. Karcher*.

Of counsel for the foregoing respondents, *Herbert P. Hannoch* and *Morris Weinstein*.

PER CURIAM.

These cases are ruled by the determination reached by this court in the case of *City of Jersey City et al.* v. *Martin*, expressed in an opinion filed this day, 126 *N. J. L.* 353; and the judgments are accordingly affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.